IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ASHLEY R. GOINS                                                                                               PLAINTIFF

V.                      CASE NO. 4:17-CV-435-SWW-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                      DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Beth Deere and Ms. Goins's objections. After carefully considering these documents and making a *de novo* review of pertinent portions of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Ashley R. Goins's Complaint (Docket entry #2) is DISMISSED with prejudice.

DATED this 10th day of May, 2018.

                                                             /s/Susan Webber Wright
                                                             UNITED STATES DISTRICT JUDGE