IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ASHLEY R. GOINS                                                                           PLAINTIFF

V.                              CASE NO. 4:17-CV-435-SWW-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 10th day of May, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE